IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JOSHUA ROY BRITT**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 2:24-CV-2124**

**JAIL ADMINISTRATOR JACOB SHOOK**
(Johnson County Detention Center);
**DARRELL ELKIN, APRN** (Medical Contractor, JCDC); and
**JOHN DOE JAILERS** (JCDC)                                                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 40) filed in this case on June 11, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends that the case be dismissed as barred by the doctrine of *res judicata*. Plaintiff's prior case, *Britt v. Shook*, Case No. 2:23-cv-02077-TLB-MEF, was dismissed with prejudice on March 22, 2024, pursuant to Federal Rule of Civil Procedure 41(b). Defendants Shook and Elkin were named in the earlier case, and they are named again here. Further, both the instant case and the previous one arise from the same claims and same nucleus of operative fact.

Plaintiff did not file any objections to the R&R. Nevertheless, the Court conducted a *de novo* review of the record and agrees with the Magistrate Judge that the instant Complaint (Doc. 1) contains the same parties and same claims as the case that was dismissed with prejudice, 2:23-cv-02077-TLB-MEF.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Complaint is **DISMISSED**. **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an

1

Amended Complaint (Doc. 41) is **DENIED WITHOUT PREJUDICE**. If Plaintiff desires to file a new case involving claims and defendants *that were not involved in the instant lawsuit or his earlier lawsuit that was dismissed with prejudice*, he may, of course, do so.

**IT IS SO ORDERED** on this 7th day of July, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE